SMITH, Respondent, v. SEAMAN, Appellant. (Supreme Court, Appellate Division, Third De-

partment. January 9, 1907.) Action by William M. Smith against Luther W. Seaman.

PER CURIAM. Judgment affirmed, with costs.

PARKER, P. J., not sitting.